| | |
|---|---|
| 1 | KRISTOPHER M. HELMICK, ESQ. |
| | Nevada Bar No. 13348 |
| 2 | KIRILL V. MIKHAYLOV, ESQ. |
| | Nevada Bar No. 13538 |
| 3 | **PACIFIC WEST INJURY LAW** |
| | 8180 Rafael Rivera Way #200 |
| 4 | Las Vegas, NV 89113 |
| | Phone: (702) 602-4878 |
| 5 | Fax: (702) 665-5627 |
| | Kris@PacificWestInjury.com |
| 6 | Kirill@PacificWestInjury.com |
| | *Attorneys for Plaintiff* |
| 7 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA MILLER, individually, | CASE NO.:  2:24-cv-02410-CDS-BNW |
| Plaintiff | **STIPULATION TO DISMISS DEFENDANT GRANT THORNTON, LLP, ONLY** |
| vs. | |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., an Oklahoma Corporation; GRANT THORNTON, LLP, a Foreign Limited-Liability Partnership; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive. | [ECF No. 17] |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff SHEILA MILLER by and through her counsel, KIRILL V. MIKHAYLOV, ESQ., of PACIFIC WEST INURY LAW, and Defendant LOVE'S TRAVEL STOPS & COUNTY STORES, INC., by and through its counsel, CARISSA YUHAS,  ESQ. of RESNICK & LOUIS, P.C. that all claims in the present action against

/ / /

/ / /

/ / /

Page 1 of 2

Defendant GRANT THORNTON, LLP, be dismissed, without prejudice.

DATED this 1st day of July, 2025.

**PACIFIC WEST INJURY LAW**

 /s/ Kirill V. Mikhaylov
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiffs*

DATED this 1st day of July, 2025.

**RESNICK & LOUIS, P.C.**

 /s/ Carissa Yuhas
CARISSA YUHAS, ESQ.
Nevada Bar No. 14692
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant Love's Travel Stops & Country Stores, Inc.*

The court construes this as a voluntary dismissal of defendant Grant Thronton LLP under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is kindly instructed to terminate this defendant.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 2, 2025

Submitted by:
**PACIFIC WEST INJURY LAW**

 /s/ Kirill V. Mikhaylov
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiffs*