**RESNICK & LOUIS, P.C.**
CARISSA YUHAS, ESQ.
Nevada Bar No. 14692
cyuhas@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, Nevada  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorney for Defendant,*
*LOVE'S TRAVEL STOPS &*
*COUNTRY STORES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA MILLER, individually, | CASE NO.: 2:24-cv-02410-CDS-BNW |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., an Oklahoma Corporation; GRANT THORNTON, LLP, a Foreign Limited-Liability Partnership; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive. | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff, SHEILA MILLER, through her attorney, KIRILL V. MIKHAYLOV, ESQ., of PACIFIC WEST INJURY LAW, and Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., through their attorney, CARISSA YUHAS, ESQ. of RESNICK & LOUIS, P.C., that all of Plaintiff's claims arising out of the March 23, 2024 slip and fall incident and asserted in the Complaint in Case No. 2:24-cv-02410 be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney fees.

IT IS FURTHER STIPULATED that there is no trial currently scheduled for this matter.

DATED this 09th day of July, 2026.

PACIFIC WEST INJURY LAW

/s/ Kirill V. Mikhaylov

_____
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiff*

DATED this 09th day of July, 2026.

RESNICK & LOUIS, P.C.

/s/Carissa Yuhas

_____
CARISSA YUHAS, ESQ.
Nevada Bar No. 14692
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorney for Defendant*
*LOVE'S TRAVEL STOPS &*
*COUNTRY STORES, INC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2026

Respectfully submitted by:
**RESNICK & LOUIS, P.C.**

/s/Carissa Yuhas

_____
CARISSA YUHAS, ESQ.
Nevada Bar No. 14692
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorney for Defendants,*
*LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.*

2